IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULLAH BYANOONI, | No. C 12-05270; 12-05483 RS |
|       Plaintiff, | **CASE MANAGEMENT** |
|   v. | **SCHEDULING ORDER** |
| MERRILL LYNCH, et al., | |
|       Defendants. | |
| _____/ | |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 17, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION. Parties have agreed to participate in Private Mediation with Judge Sabraw.

      2.    DISCOVERY. On or before March 29, 2013 all non-expert discovery pertaining to class certification shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

CASE MANAGEMENT SCHEDULING ORDER

1        3.      DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

        4.      CLASS CERTIFICATION. All pretrial motions pertaining to class certification must be filed and served pursuant to Civil Local Rule 7. All pretrial motions pertaining to class certification shall be heard on **September 26, 2013 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. A further Case Management Conference will be scheduled following this Hearing to set the remaining dates in this case.

        IT IS SO ORDERED.

DATED:  1/17/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER