ANTHONY J. ORSHANSKY, SBN 199364
anthony@oyllp.com
DAVID H. YEREMIAN, Bar No. 226337
david@oyllp.com
ORSHANSKY & YEREMIAN LLP
16133 Ventura Blvd., Suite 1245
Encino, CA 91436
Telephone:     818.205.1212
Fax No.:        818.205.1616

STEVEN L. MILLER Cal. Bar No. 106023
stevenlmiller@gmail.com
STEVEN L. MILLER, APC
16133 Ventura Blvd., Suite 645
Encino, California 91436
Telephone:     (818) 986-8900
Facsimile:     (818) 990-7900

Attorneys for Plaintiff
Abdullah Byanooni

David S. Reidy (SBN 225904)
email: dreidy@reedsmith.com
Ashley L. Shively (SBN 264912)
email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Merrill Lynch, Pierce, Fenner & Smith, Inc.;
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULLAH BYANOONI individually and on behalf of a class and subclass of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH; BANK OF AMERICA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-05270-RS<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF; [PROPOSED] ORDER**<br><br>Dept.:         Courtroom 3, SF<br><br>The Honorable Richard Seeborg<br><br>Complt. Filed:      August 17, 2012 |

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

**STIPULATION**

Plaintiff Abdullah Byanooni and Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc.; Bank of America Corporation (collectively "the parties"), by and through their respective attorneys of record, agree and stipulate as follows:

WHEREAS, the parties attended a Case Management Conference in this matter on January 17, 2013;

WHEREAS, following the Case Management Conference, the Court issued a Scheduling Order providing (1) that the parties shall complete all non-expert discovery pertaining to class certification on or before March 29, 2013; and (2) setting a hearing on class certification for September 29, 2013.

WHEREAS, the parties have agreed to engage in early mediation in March 2013 and desire to do so without the cost and burden of simultaneously pursuing formal discovery and motion practice;

WHEREAS, the parties have met and conferred and agree to extend the deadline for all non-expert discovery pertaining to class certification from March 29, 2013 to August 1, 2013.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE DISCOVERY CUTOFF; [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

THEREFORE, based on the foregoing, the parties agree:

1.   All non-expert discovery pertaining to class certification shall be completed on or before August 1, 2013; and

2.   That all related discovery deadlines will be set per statute based off the August 1, 2013 cutoff.

Dated:  January 25, 2013

                                        _____/s/ Ashley L. Shively_____
                                        REED SMITH, LLP

                                        Attorneys for Defendants
                                        Merrill Lynch, Pierce, Fenner & Smith, Inc.
                                        and Bank of America Corporation

Dated:  January 25, 2013

                                        _____/s/ Anthony J. Orshansky_____
                                        *[holographic signature on file]*
                                        ORSHANSKY & YEREMIAN LLP

                                        Attorneys for Plaintiff Abdullah Byanooni

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[PROPOSED] ORDER**

      Based on the above stipulation of the Parties, this Court hereby orders:

      1.     All non-expert discovery pertaining to class certification shall be completed by the parties on or before August 1, 2013.

      2.     All discovery related deadlines shall be set per Code based off the August 1, 2013 cutoff.

**SO ORDERED:**

DATED: _ 1/28 _____, 2013

_____
RICHARD SEEBORG
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION TO CONTINUE DISCOVERY CUTOFF; [PROPOSED] ORDER