ANTHONY J. ORSHANSKY, SBN 199364
anthony@oyllp.com
DAVID H. YEREMIAN, Bar No. 226337
david@oyllp.com
ORSHANSKY & YEREMIAN LLP
16133 Ventura Blvd., Suite 1245
Encino, CA 91436
Telephone:     818.205.1212
Fax No.:        818.205.1616

Attorneys for Plaintiff
Abdullah Byanooni

David S. Reidy (SBN 225904)
email: dreidy@reedsmith.com
Ashley L. Shively (SBN 264912)
email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Merrill Lynch, Pierce, Fenner & Smith, Inc.;
Bank of America Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULLAH BYANOONI individually and on behalf of a class and subclass of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH; BANK OF AMERICA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-05270-RS<br><br>[Related Case: *Abdullah Byanooni v. Bank of America Corporation et al.*, case number 3:12-cv-05483-RS]<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY CUTOFF; [~~PROPOSED~~] ORDER**<br><br>Dept.:          Courtroom 3, SF<br><br>The Honorable Richard Seeborg<br><br>Complt. Filed:      August 17, 2012 |

## **STIPULATION**

1

2      Plaintiff Abdullah Byanooni and Defendants Merrill Lynch, Pierce, Fenner &

3  Smith, Inc. and Bank of America Corporation (collectively "the parties"), by and

4  through their respective attorneys of record, agree and stipulate as follows:

5      WHEREAS, on January 17, 2013, Court issued a Scheduling Order providing

6  (1) that the parties shall complete all non-expert discovery pertaining to class

7  certification on or before March 29, 2013; and (2) setting a hearing on class

8  certification for September 29, 2013 [Dkt. 21];

9      WHEREAS, the parties agreed to engage in early mediation, and for that

10 reason,  on January 28, 2013, the Court issued an order amending the Scheduling

11 Order, and continuing the parties' deadline to complete non-expert discovery

12 pertaining to class certification until August 1, 2013 [Dkt. 24];

13      WHEREAS, the parties originally agreed to mediation in March 2013,

14 however, unforeseen circumstances have delayed the parties from engaging in

15 mediation and the parties are now scheduled to mediate on May 1, 2013;

16       WHEREAS, the parties have met and conferred and agree that the delay in

17 mediation warrants extending (1)  the deadline for all non-expert discovery pertaining

18 to class certification; and (2) the hearing on class certification.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

THEREFORE, based on the foregoing, the parties agree:

1.    All non-expert discovery pertaining to class certification shall be completed on or before October 10, 2013; and

2.    That all related discovery deadlines will be set per statute based off the October 10, 2013 cutoff;

3.    All pretrial motions pertaining to class certification must be filed and served pursuant to Civil Local Rule 7, and shall be heard on **December 5, 2013,** or on a date selected by the clerk of the court, in Courtroom 3.

Dated:  March 19,  2013

REED SMITH, LLP


___/s/ Ashley L. Shively_____
Attorneys for Defendants
Merrill Lynch, Pierce, Fenner & Smith, Inc.
and Bank of America Corporation

Dated:  March 19,  2013

ORSHANSKY & YEREMIAN LLP


___/s/ Anthony J. Orshansky_____
*[holographic signature on file]*
Attorneys for Plaintiff Abdullah Byanooni

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:12-cv-05270-RS          – 3 –
STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY CUTOFF;
[PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## [PROPOSED] ORDER

2          Based on the above stipulation of the Parties, this Court hereby orders:

3          1.      All non-expert discovery pertaining to class certification shall be

4  completed on or before October 10, 2013;

5                  2.      All related discovery deadlines will be set per statute based off the

6  October 10, 2013 cutoff;

7                  3.      All pretrial motions pertaining to class certification must be filed

8  and served pursuant to Civil Local Rule 7, and shall be heard on

9  ____ December 5, 2013 at 1:30 p.m. ____, in Courtroom 3.

10         **SO ORDERED:**

11

12         DATED: __3/21_____, 2013

13                                                    _____
                                                     RICHARD SEEBORG
14                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY CUTOFF;
[PROPOSED] ORDER