**ORSHANSKY & YEREMIAN LLP**
ANTHONY J. ORSHANSKY, Cal Bar No. 199364
anthony@oyllp.com
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

*Attorneys for Plaintiff Abdullah Byanooni*

*[Additional Plaintiff's Counsel on Signature Page]*

**REED SMITH LLP**
Marc A. Lackner (SBN 111753)
mlackner@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
mbrady@reedsmith.com
Ashley L. Shively (SBN 264912)
ashively@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

*Attorneys for Defendants Merrill Lynch,*
*Pierce, Fenner & Smith Inc., et al.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABDULLAH BYANOONI, individually and on behalf of a class and subclass of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH;  BANK OF AMERICA CORPORATION;  and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-05270-RS<br><br>**CLASS ACTION**<br><br>NOTICE RE: JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE:  JULY 31, 2014<br>TIME:   1:30 P.M.<br>COURTROOM:  3<br><br>HON. RICHARD SEEBORG |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 31, 2014,** at **1:30 p.m.** or as soon thereafter as the matter may be heard in **Courtroom 3** of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Abdullah Byanooni ("Plaintiff") and Defendants Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Bank of America Corporation (collectively, "Defendants") hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Parties' Class Action Settlement.

Specifically, through this Motion, the parties move jointly for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the parties' proposed settlement; and approval of the parties' proposed plan to provide notice to the class.  This Motion is made on the following grounds:

1.  The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;

2.  The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate, and hence, warrants preliminary approval.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: June 26, 2014                                    Respectfully submitted,

ORSHANSKY & YEREMIAN LLP


By: ___/s/ Anthony J. Orshansky
ANTHONY J. ORSHANSKY, ESQ.
ATTORNEY FOR PLAINTIFF BYANOONI, ET AL.

Dated: June 26, 2014                                          REED SMITH LLP


                                                By: ____/s/ Ashley Shively____
                                                     ASHLEY SHIVELY, ESQ.
                                                ATTORNEY FOR DEFENDANTS
                              MERRILL LYNCH, PIERCE, FENNER & SMITH INC., ET AL.


**[ADDITIONAL COUNSEL]**


**STEVEN L. MILLER, APC**
Steven L. Miller (SBN: 106023)
stevenlmiller@sbcglobal.net
2945 Townsgate Rd Suite 200
Westlake Village, CA
Telephone:   (818) 986-8900
Facsimile:   (866) 581-2907

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28