United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ABDULLAH BYANOONI, individually and on behalf of a class and subclass of similarly situated individuals,

Plaintiff,

v.

MERRILL LYNCH, *et al.*,

Defendants.

____________________________________/

No. C 12-05270 RS

**ORDER**

The parties have moved for preliminary approval of a proposed settlement in this putative class action. That motion is set for hearing on July 31, 2014 at 1:30 p.m. The parties are hereby directed to the Procedural Guidance for Class Action Settlements available on the Court's website at http://www.cand.uscourts.gov/ClassActionSettlementGuidance. Counsel should be prepared to address the applicable points of that guidance as it relates to the proposed settlement in this matter at the preliminary approval hearing.

IT IS SO ORDERED.

DATED: 7/29/14

RICHARD SEEBORG
United States District Judge