1  **DAVID YEREMIAN & ASSOCIATES, INC.**
   David Yeremian (SBN 226337)
2  Roman Shkodnik(SBN 285152)
   david@yeremianlaw.com
3  roman@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6
   **COUNSELONE, PC**
7  Anthony J. Orshansky (SBN 199364)
   anthony@counselonegroup.com
8  9301 Wilshire Boulevard, Suite 650
   Beverly Hills, California 90210
9  Telephone: (310) 277-9945
10 Facsimile: (424) 277-3727

11 *Attorneys for Plaintiff Abdullah Byanooni*

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| ABDULLAH BYANOONI, individually and on behalf of a class and subclass of similarly situated individuals, | Case No.:3:12-CV-05270RS |
|---|---|
|  | NOTICE OF MOTION AND MOTION FOR MOTION FOR CHARITABLE DISTRIBUTION OF THE REMAINING NET SETTLEMENT FUNDS |
| Plaintiff, |  |
| v. | DATE:    April 14, 2016 |
| MERRILL LYNCH, PIERCE FENNER & SMITH; BANK OF AMERICA CORPORATION; and DOES 1 through 10, inclusive, | TIME:    1:30 p.m. |
|  | CRTRM:   3 |
|  | HON.  RICHARD SEEBORG |
| Defendants. |  |

NOTICE OF MOTION AND MOTION FOR MOTION FOR CHARITABLE DISTRIBUTION OF THE
REMAINING NET SETTLEMENT FUNDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 14, 2016, at 1:30p.m., before the United States District Court, Southern District of California, Courtroom 3, 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff Abdullah Byanooni ("Plaintiff") will move this Court for an Order Granting charitable distribution of the remaining net settlement funds pursuant to the *cy pres* doctrine.

This <u>unopposed</u> Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, supporting Declarations and on such other evidence as may be presented at the hearing of this Motion.

Date: March 4, 2016                                       Respectfully Submitted,

                                                          DAVID YEREMIAN & ASSOCIATES, INC.


                                                          By: __/s/ David Yeremian_____
                                                               DAVID YEREMIAN
                                                               Attorneys for Plaintiff ABDULLAH
                                                               BYANOONI

---

NOTICE OF MOTION AND MOTION FOR MOTION FOR CHARITABLE DISTRIBUTION OF THE REMAINING NET SETTLEMENT FUNDS

1