United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDULLAH BYANOONI,

      Plaintiff,

  v.

MERRILL LYNCH PIERCE FENNER & SMITH, et al.,

      Defendants.

Case No.  12-cv-05270-RS

**ORDER GRANTING PLAINTIFF'S MOTION FOR CHARITABLE DISTRIBUTION OF THE REMAINING NET SETTLEMENT FUNDS**

The parties in this consumer privacy class action entered into a settlement agreement, establishing a net settlement fund.  The claims administrator distributed checks from this fund to the class members in accordance with the court-approved final agreement, which provides that any unclaimed funds, including uncashed checks, will be distributed to appropriate *cy pres* recipients. Presently, $34,749.82 remain in the settlement fund.  Plaintiff Abdullah Byanooni moves for distribution of the remaining funds to the Electronic Frontier Foundation ("EFF") and Center for Democracy and Technology ("CDT").  This matter is suitable for disposition without oral argument pursuant to Local Rule 7-1(b).

Byanooni has demonstrated that there is a sufficient nexus between the claims in this suit the missions of these two non-profit organizations.  The motion to distribute the remaining funds to EFF and CDT is therefore granted.  Neither organization may use the funds to finance, promote, or facilitate litigation or lobbying activities.

**IT IS SO ORDERED**.

1

2     Dated:  March 25, 2016

3     _____

4     RICHARD SEEBORG
      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28